AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Mario Javier NORIEGA<br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 25-3848 MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 19, 2025** in the county of **Doña Ana** in the State and District of **New Mexico**, the defendant(s) violated:

*Code Section* — *Offense Description*

COUNT 1: 8 USC 1324(a)(1)(A)(v)(I) — engaged in a conspiracy to commit a violation of 8 USC 1324(a)(1)(a)(v)(I) Conspiracy, to wit: 8 USC 1324(a)(1)(a)(ii) Transporting, knowing or in reckless disregard of the fact that, ALIENS, had come to, entered, or remained in the United Sates in violation of law, transport, or move or attempt to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law

This criminal complaint is based on these facts:
On September 19, 2025, at approximately 10:00 a.m., Border Patrol Agent (BPA) 1 was approached by a contractor working on the United States/Mexico International Boundary Border Wall. The contractor informed BPA 1 that four individuals wearing reflective vests and hard hats had crossed the Border Wall and pointed to a gray Nissan SUV in the area.

BPA 1 observed the gray Nissan SUV traveling north from the United States/Mexico International Boundary on a dirt road

☑ Continued on the attached sheet.

*Complainant's signature*

Haydan Houck, Border Patrol Agent
*Printed name and title*

Electronically submitted and telephonically sworn to before me:

Date: 09/20/2025

City and state: Las Cruces, New Mexico

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
*Printed name and title*

District Of New Mexico

U.S. v.   Mario Javier NORIEGA

Criminal Complaints (Continued)

approximately 0.05 miles east of the Santa Teresa Port of Entry. BPA 1 positioned his marked government vehicle behind the gray Nissan Murano and activated the emergency lights and sirens to conduct an investigatory vehicle stop. The vehicle came to a complete stop, and BPA 1 approached the driver and identified himself as a United States Border Patrol Agent. BPA 1 instructed the driver, later identified as NORIEGA, Mario Javier, to turn off the vehicle. NORIEGA stated that he was a United States citizen. BPA 1 observed four additional individuals inside the vehicle.

BPA 1 removed NORIEGA from the vehicle and questioned the four individuals regarding their citizenship and nationality. Two subjects stated they were from Brazil, one from Guatemala, and one from Ecuador. All four admitted to having recently entered the United States illegally and confirmed they did not possess valid immigration documents permitting them to enter, remain, or reside in the United States legally.

Confirming BPA 1's suspicions of an alien smuggling scheme, all subjects, including NORIEGA, were placed under arrest and transported to the Santa Teresa Border Patrol Station for further investigation and processing.

Post-Miranda Statement of Principal: NORIEGA, Mario Javier
NORIEGA made the following post-Miranda statement regarding his involvement in the alien smuggling scheme. NORIEGA admitted he knew the four subjects he picked up were illegally present in the United States and that he was aware it was a crime. He stated he was expecting to receive monetary compensation for successfully transporting the undocumented individuals to an undisclosed location in El Paso, Texas.

Conclusion:
Based on the aforementioned facts, the affiant believes there is probable cause to conclude that NORIEGA, Mario Javier, violated Title 8, United States Code, Section 1324(a)(1)(A)(v)(I), Conspiracy to Transport Illegal Aliens.

The case was presented to Assistant United States Attorney (AUSA) Randy Castellano, who accepted prosecution. NORIEGA, Mario Javier, will be charged accordingly under 8 USC 1324 (Conspiracy to Transport).

_____
Signature of Judicial Officer

_____
Signature of Complainant

Houck, Haydan
Filing Agent